OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

**7/29/2015
MARTINEZ, ROLAND    Tr. Ct. No. 132163701010-A                    WR-83,467-01**

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 **S.W.3d 452  (Tex. Crim. App. 2010).**

RETURN TO SENDER

Not Deliverable As Addressed
Unable to Forward

ROLAND MARTINEZ

Abel Acosta, Clerk